**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ERIKA DEFORREST,<br><br>Plaintiff,<br>v.<br><br>STEVEN J. COGBURN, AMERICAN NATIONAL LOGISTICS, INC. and JOHN DOE COMPANY, UNIDENTIFIED COPMANY BY WHICH DEFENDANT, STEVEN J. COGBURN, WAS EMPLOYED OR FOR WHICH HE WAS WORKING AS AN AGENT AS DESCRIBED HEREIN,<br><br>Defendants. | ) | Docket:<br><br>**JURY TRIAL DEMANDED** |

# NOTICE OF REMOVAL

AND NOW, come Defendants, Steven J. Cogburn and American National Logistics, Inc. (collectively, "Removing Defendants"), by and through its counsel, Pion, Nerone, Girman & Smith, P.C., and removes the above-captioned lawsuit pursuant to 28 U.S.C. § 1441 from the Court of Common Pleas of Philadelphia County, Pennsylvania (No. 260803107) to the United States District Court for the Eastern District of Pennsylvania, as follows:

1. On or about August 24, 2026, the above-captioned Plaintiff, Erika Deforrest commenced a civil action against Defendants, Steven J. Cogburn and American National Logistics, Inc. by filing a Complaint in the Court of Common Pleas of Philadelphia County, Pennsylvania, at Docket No. 260803107. A true and correct copy of the Complaint is attached hereto as **Exhibit "A."**

2. The Complaint names as defendants, Steven J. Cogburn, American National Logistics, Inc. and John Doe Company, unidentified company by which Defendant, Steven J. Cogburn, was employed or for which he was working as an agent as described herein.[1] *See* Ex. "A."

3. The Complaint alleges three counts, sounding in negligence, vicarious liability, negligent hiring/retention/supervising, and negligent entrustment relative to a motor-vehicle accident which

[1] Defendant, Steven J. Cogburn, was in the course and scope of his employment with Defendant, American National Logistics, Inc., at the time of the alleged incident.

occurred on September 7, 2024, while Steven J. Cogburn was operating a vehicle under the DOT authority of American National Logistics, Inc. *Id*.

4. The subject accident is alleged to have occurred on Interstate 76 on the Pennsylvania Turnpike at or near Mile Marker 252 in Bowmansville, Pennsylvania, which is in Lancaster County, Pennsylvania. *Id.*

5. Per Plaintiff's Complaint, Defendant, Steven J. Cogburn, is a resident of Texas.

6. Per Plaintiff's Complaint, Defendant, American National Logistics, Inc. is a business entity with its principal place of business located Texas.

7. As such, there is complete diversity of citizenship.

8. The Complaint alleges that Plaintiff sustained painful and severe injuries which include, but are not limited to, L5-S1 lumbar radiculopathy, disc protrusions at C4-C5, C5-C6, and C6-C7, disc bulging at C3-C4, cervical radiculopathy, concussion, post-concussion syndrome, migraine with aura, cervical strain/sprain, lumbar strain/sprain, multiple left leg contusions, and fatigue. *Id*.

9. The Complaint alleges that Plaintiff's injuries are permanent. *Id*.

10. Plaintiff seeks damages for past and future medical expenses, loss of earnings and earning capacity, and pain and suffering. *Id*.

11. Each count in Plaintiff's Complaint alleges damages in excess of $50,000, or $150,000.

12. With Plaintiff's allegations of severe and permanent injuries purportedly arising from the alleged incident, along with past and future medical bills, lost wages, loss of earning capacity, and noneconomic damages claimed, upon information and belief, the amount in controversy in this case is in excess of $75,000, the diversity jurisdictional requirement.

13. The action instituted by Plaintiff's Complaint, currently pending in the Court of Common Pleas of Philadelphia, Pennsylvania, is within the jurisdiction of the United States District Court for the Eastern District of Pennsylvania.

14. The United States District Court for the Eastern District of Pennsylvania has original jurisdiction over this action pursuant to 28 U.S.C. § 1332, in as much as the amount in controversy

exceeds the sum of $75,000.00, exclusive of interest and costs, and is between citizens of different states.

15. This action is removable to the United States District Court for the Eastern District of Pennsylvania, pursuant to the provisions of 28 U.S.C. § 1441, *et seq*.

16. Concurrent with the filing of this Notice of Removal, Removing Defendants have filed a Notice of Filing of Notice of Removal with the Prothonotary of the Court of Common Pleas of Philadelphia County, Pennsylvania, advising that they have removed this action to the United States District Court for the Eastern District of Pennsylvania.

17. In filing this Notice of Removal, Removing Defendants do not waive any affirmative defenses that they may assert in this action.

**WHEREFORE**, Defendants, Steven J. Cogburn and American National Logistics, Inc. remove this matter from the Court of Common Pleas of Philadelphia County, Pennsylvania, to the United District Court for the Eastern District of Pennsylvania.

Respectfully Submitted,

**PION, NERONE, GIRMAN**
**& SMITH, P.C.**

Date: September 18, 2026 By: ______________________________

Joshua D. Leaver, Esquire
ID # 315369
jleaver@pionlaw.com
Justin A. Zimmerman, Esquire
ID # 319586
jzimmerman@pionlaw.com
***Counsel for Defendants,***
***Steven J. Cogburn and American***
***National Logistics, Inc.***

**CERTIFICATE OF SERVICE**

I, Justin A. Zimmerman, Esquire, of the law firm of Pion, Nerone, Girman & Smith, P.C., counsel for the Defendants, STEVEN J. COGBURN and AMERICAN NATIONAL LOGISTICS, INC., hereby state that a true and correct copy of the Notice of Removal was served upon all counsel of record via the Court's electronic case filing system as follows:

Jay L. Solnick, Esquire
Michael Berkowitz, Esquire
Solnick & Associates, LLC
2851 Limekiln Pike
Glenside, PA 19038
Jsolnick@solnicklawyers.com
Mberkowitz@solnicklawyers.com
***Attorneys for Plaintiff***

**PION, NERONE, GIRMAN & SMITH, P.C.**



Date: September 18, 2026 By: ______________________________
Justin A. Zimmerman, Esquire